■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN F. MEALER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. RUTH BEAZER et al. (C) THE

PEOPLE OF THE STATE OF NEW YORK v. MARTIN JOHN FREDA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JACK MEIKLE.— [In each action] Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.